*Hardaway Young, III,* for appellee.

## 35249. SMITH v. SMITH.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED AUGUST 10, 1979 — DECIDED NOVEMBER 21, 1979.

*Karsman, Brooks, Painter & Callaway, Stanley Karsman,* for appellant.
*William J. Neville,* for appellee.